BEFORE THE SECOND DIVISION, DECEMBER 20, 1944

**No. 49882.**—Protest 109328–K of L. E. McCullough & Co. (St. Louis).

Opinion by TILSON, J. Counsel agreed that the hats in question are the same in all material respects as those involved in Abstract 49035. In accordance therewith the claim at 12½ percent was sustained.

**No. 49883.**—Protest 686960–G of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. The record showed that certain items consist of hats known as harvest hats similar to those involved in *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith those hats withdrawn for consumption prior to the effective date of said Netherlands Trade Agreement were held dutiable at 25 percent, and those subsequent thereto at 12½ percent. To this extent the protest was sustained.

**No. 49884.**—Protests 13257–K, etc., of New York Merchandise Co., Inc. (Los Angeles).

Opinion by TILSON, J. The record showed that certain of the items are similar in all material respects to those involved in Abstract 49006. In accordance therewith the claim at 40 percent under paragraph 923 was sustained to this extent.